# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVANAH K. GUNDRUM, | CIVIL DIVISION |
| Plaintiff, | No.: 1:24-cv-00017-SPB |
| vs. | |
| MERCYHURST UNIVERSITY, MERCYHURST STUDENT HOUSING, LLC, and JUDY SMITH, | **PRAECIPE TO SETTLE AND DISCONTINUE WITH PREJUDICE** |
| Defendants. | Filed on behalf of Plaintiff(s): Savanah Gundrum |

Counsel of Record for this Party:
Madeline T. Stuchell, Esquire
PA I.D. # 334611
Attorney for the Plaintiff(s)

Friday & Cox LLC
1405 McFarland Road
Pittsburgh, PA 15216
Phone; (412) 561-4290
Fax:    (412) 561-4291

**JURY TRIAL DEMANDED**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SAVANAH K. GUNDRUM,                              No.: 1:24-cv-00017-SPB

        Plaintiff,

  vs.

MERCYHURST UNIVERSITY,
MERCYHURST STUDENT HOUSING,
LLC, and JUDY SMITH,

        Defendants.

### PRAECIPE TO SETTLE AND DISCONTINUE WITH PREJUDICE

TO THE PROTHONOTARY:

    Kindly mark the above-captioned case settled and discontinued.

    Respectfully submitted November 14, 2024.

                      Friday & Cox LLC

                      By: */s/ Madeline T. Stuchell, Esquire*
                          Madeline T. Stuchell, Esquire
                          PA I.D. # 334611
                          Attorney for the Plaintiff(s)

                          Friday & Cox LLC
                          1405 McFarland Road
                          Pittsburgh, PA 15216
                          Phone: (412) 561-4290
                          Fax:   (412) 561-4291

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 14 day of November 2024, a true and correct copy of the foregoing Praecipe to Settle and Discontinue with Prejudice was served by First Class U.S. Mail, postage prepaid, facsimile and/or electronic mail upon the following:

Travis McElhaney, Esquire
tmcelhaney@wglaw.com
Weber Gallagher LLP
6 PPG Place, Suite 1130
Pittsburgh, PA 15222

Respectfully submitted,

FRIDAY & COX LLC

By: */s/ Madeline T. Stuchell, Esquire*
Madeline T. Stuchell, Esquire
P.A. I.D. #334611
*mstuchell@fridaylaw.com*
1405 McFarland Road
Pittsburgh, PA 15216
Tele #: (412) 561-4290
Fax #: (412) 561-4291

*Counsel for Plaintiff*